ELI SOBEL, Appellant, *v.* JOSEPH STERNBERG et al., Respondents.

Argued January 16, 1942; decided March 5, 1942.

*Irma M. Ball, William R. Goldbas* and *Arthur J. Foley* for appellant.

*Edward A. Wolff* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.